DANIEL G. BOGDEN
United States Attorney

DANIEL R. SCHIESS
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Lawrence J. Davidson,<br><br>Defendant. | 2:08-cr-162-JCM-GWF<br><br>**Motion to Unseal Indictment** |

The United States, by and through Daniel G. Bogden, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, moves for this Court to unseal this case, including the indictment. The indictment was sealed pending the defendant's arrest in this matter. The indictment charges the defendant with crimes related to his failure to appear at trial in *United States v. Davidson*, 2:05-cr-239-RLH-LRL, and his obtaining a false passport and engaging in identity theft to flee the country to avoid appearing at trial. The defendant has arranged to voluntarily return to the United States and will be or has been arrested on Thursday, September 8, 2011, when he arrives by plane in New Jersey. It is expected that he will make an initial appearance on the in New Jersey on Friday, September 9, 2011. Under these circumstances, no reason remains to keep the indictment sealed.

Based on the foregoing, the Court should unseal this case.

DANIEL G. BOGDEN
United States Attorney

Daniel R. Schiess
Assistant United States Attorney

IT IS SO ORDERED.

DATED this 8th day of September, 2011.

UNITED STATES MAGISTRATE JUDGE